COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL. *v.* BROOK-STONE COURT, LLC, ET AL.

The petition by the plaintiff Kathy Sanchez for certification for appeal from the Appellate Court, 107 Conn. App. 340 (AC 28221), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Robert J. Kor*, in support of the petition.

Decided July 9, 2008